# Court of Appeals
# of the State of Georgia

ATLANTA, __August 24, 2012__

*The Court of Appeals hereby passes the following order:*

**A12A2367.  TERRELL SAMUELS v. THE STATE.**

Terrell Samuels was convicted of possession of cocaine and sentenced as a recidivist on February 5, 2010.  Samuels filed a timely motion for new trial, which the trial court denied on October 25, 2010.  A consent motion to allow Samuels to file an out-of-time appeal was filed on July 21, 2011, and granted on July 22, 2011.  Samuels filed his notice of appeal on October 31, 2011.  We lack jurisdiction.

A defendant granted an out-of-time appeal by the trial court will have 30 days from the grant of the motion to file a notice of appeal.  See *Carr v. State*, 281 Ga. 43, 44 (635 SE2d 767) (2006); *Rowland v. State*, 264 Ga. 872, 876 (2) (452 SE2d 756) (1995).  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court.  See *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721 (482 SE2d 704) (1997). Because Samuels filed his notice of appeal 101 days after entry of the order granting his out-of-time appeal, his appeal is DISMISSED as untimely.

Because Samuels was represented by counsel, we inform him of the following pursuant to *Rowland v. State*, 264 Ga. 872 (452 SE2d 756) (1995):  This appeal has been dismissed because your counsel failed to file a timely notice of appeal.  If you still wish to appeal, you may petition the trial court for leave to file an out-of-time appeal. If the trial court grants your request, you will have 30 days from the entry of that order to file a notice of appeal referencing your conviction.  If the trial court denies your request, you will have 30 days from the entry of that order to file a notice of appeal referencing the denial of your request for an out-of-time appeal.

The Clerk of Court is directed to send a copy of this order to Samuels and to

Samuels' attorney, who is also directed to send a copy to Samuels.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,* 08/24/2012
      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*